UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                                Case No. 1:18-mj-441

v.                                                 Hon. Ray Kent

RONALD PARKER,

        Defendant.
_____/

## ORDER REGARDING DETENTION

By Order of this Court dated July 10, 2018, defendant was released on a $5,000 unsecured appearance bond (ECF No. 7) in case 1:18-mj-222, and ordered bound over for further proceedings before the grand jury in the Southern District of Indiana. An indictment was filed against defendant in the Southern District of Indiana, and defendant was released on bond in the charging district. Defendant was supervised by a pretrial services officer in the Western District of Michigan. On December 21, 2018, defendant was arrested for allegedly violating conditions of his bond while living at the Alternative Directions program in Grand Rapids, Michigan.

Defendant appeared before me in the present case on December 21, 2018, and elected to hold an identity hearing. Defendant again appeared in this court on December 27, 2018, and elected to hold a detention hearing in the Western District of Michigan. I found probable cause to believe that the defendant committed a felony offense while on bond and ordered defendant be detained pending transfer to the Southern District of Indiana for further proceedings.

**IT IS HEREBY ORDERED** that the defendant's is detained**.**  Defendant is remanded to the custody of the Attorney General pending further proceedings in the Southern District of Indiana.

Date: December 27, 2018           /s/ Ray Kent
                                  RAY KENT
                                  United States Magistrate Judge